**UNITED STATES of America, Plaintiff–Appellee**

v.

**Luis Alberto ARGUETA–NOLASCO, Defendant–Appellant.**

**No. 08–10559 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 11, 2009.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Luis Alberto Argueta–Nolasco has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Argueta–Nolasco has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.